476 A.2d 86

Commonwealth v. Flook, Appellant.

Submitted February 3, 1984. George E. Lepley, Jr., Public Defender, for appellant; William P. Carlucci, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.